JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ORIENTHAL DELEANOR LIGGINS, | No. ED CV 10-00988-JST (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Second Amended Writ of Habeas Corpus ("Second Amended Petition") with prejudice,

**IT IS ADJUDGED** that the Second Amended Petition is dismissed with prejudice.

DATED: June 11, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE